## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLCTIMELY INVENTIONS, LLC<br><br>v.<br><br>RING INC.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV18-2340 JFW(AGRx)<br><br>ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

March 30, 2018
Date

_[signature]_
United States District Judge / Magistrate Judge

### NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __John A. Kronstadt__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __JAK__ after the case number, so that the case number will read __2:18-cv-02340 JAK(AGRx)__. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*