Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorney for Defendant
RING LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RING, INC.[1],<br><br>        Defendant. | Case No. 2:18-cv-02340-AB-RAO<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT** |

---

[1] Defendant was named as Ring, Inc., however its correct name is Ring LLC.

Plaintiff Timely Inventions, LLC ("Plaintiff") and Defendant Ring LLC ("Defendant") jointly move for a fifteen (15) day extension of time for Defendant to respond to Plaintiff's Complaint. A response is currently due on July 9, 2018, and, if granted, this extension would extend that due date to **July 24, 2018**. This is the first request for an extension. The reason for this requested extension is to allow counsel for Defendant time to investigate the allegations set forth in Plaintiff's Complaint, consult with their client, and consider and prepare an appropriate response. No party will be prejudiced by this brief extension.

Dated: July 5, 2018

| FOUNDATION LAW GROUP LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Stephen M. Lobbin*<br>Stephen M. Lobbin (SBN 181195)<br>stephen@foundationlaw.com<br>2049 Century Park East, Suite 2460<br>Los Angeles, CA 90067<br>Telephone: (949) 636-1391<br><br>ATTORNEY FOR PLAINTIFF<br>TIMELY INVENTIONS, LLC | */s/ Christopher S. Marchese*<br>Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>ATTORNEY FOR DEFENDANT<br>RING LLC |

**FILER'S ATTESTATION**

Pursuant to Section 5-4.3.4 of the Local Rules of the United States District Court of the Central District of California, I hereby certify that authorization for the filing of the parties' JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S ORIGINAL COMPLAINT has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: July 5, 2018

*/s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 5, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                                  */s/Christopher S. Marchese*
                                                  Christopher S. Marchese
                                                  marchese@fr.com