1  Stephen M. Lobbin (SBN 181195)
   stephen@foundationlaw.com
2  **FOUNDATION LAW GROUP LLP**
   2049 Century Park East, Suite 2460
3  Los Angeles, CA 90067
   Tel: 949.636.1391
4
   Attorneys for Plaintiff
5

6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9                           WESTERN DIVISION
10

11
12 **Timely Inventions, LLC**, a Delaware     Case No. 2:18-cv-02340-AB-RAO
   limited liability company,
13
                 Plaintiff,                   **NOTICE OF DISMISSAL**
14
         v.
15
   **Ring, Inc.**, a Delaware corporation,
16
                 Defendant.
17

18

19     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant having served neither an
20 answer nor a motion for summary judgment, Plaintiff hereby dismisses this action.
21

22
                                       Respectfully submitted,
23
   Dated:  July 24, 2018               **FOUNDATION LAW GROUP LLP**
24
                                       By: ___/s/ Stephen M. Lobbin_____
25                                             Attorneys for Plaintiff

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2018, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin